**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  PT Bumi Resources Tbk

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

   ☐ Other _____. Describe identifier _____.

   For individual debtors:

   ☐ Social Security number:   xxx – xx– ___ ___ ___ ___

   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  Andrew Christopher Beckham

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

5. **Nature of the foreign proceeding**

   Check one:

   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   A certified copy, translated into English, of the PKPU order; and resolution of the board of directors appointing foreign representative.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 1

Debtor   **PT Bumi Resources Tbk**
         Name

Case number (if known)

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

  (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

  (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

  (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

| Country where the debtor has the center of its main interests: | Debtor's registered office: |
|---|---|
| Republic of Indonesia | Bakrie Tower, 12th Floor |
| | Number    Street |
| | Jalan H.R. Rasuna Said |
| | P.O. Box |
| | Jakarta                              12940 |
| | City    State/Province/Region    ZIP/Postal Code |
| | Republic of Indonesia |
| | Country |

| Individual debtor's habitual residence: | Address of foreign representative(s): |
|---|---|
| | Bakrie Tower, 12th Floor |
| Number    Street | Number    Street |
| | Jalan H.R. Rasuna Said |
| P.O. Box | P.O. Box |
| | Jakarta                              12940 |
| City    State/Province/Region    ZIP/Postal Code | City    State/Province/Region    ZIP/Postal Code |
| | Republic of Indonesia |
| Country | Country |

10. **Debtor's website (URL)**

11. **Type of debtor**

    Check one:

    ☐ Non-individual (check one):

      ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

      ☐ Partnership

      ☐ Other. Specify: _____

    ☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor    PT Bumi Resources Tbk    Case number (if known) _____
         Name

12. Why is venue proper in *this district*?

Check one:
☑ Debtor's principal place of business or principal assets in the United States are in this district.
☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____
☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____

13. Signature of foreign representative(s)

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X /s/ A.C. Beckham            Andrew Christopher Beckham
Signature of foreign representative    Printed name

Executed on    01/13/2017
               MM / DD / YYYY

X _____       _____
Signature of foreign representative    Printed name

Executed on    _____
               MM / DD / YYYY

14. Signature of attorney

X /s/ Kenneth R. Puhala        Date    01/19/2017
Signature of Attorney for foreign representative    MM / DD / YYYY

Kenneth R. Puhala
Printed name
Schnader Harrison Segal & Lewis LLP
Firm name
140 Broadway, Suite 3100
Number    Street
New York                       NY         10005
City                           State      ZIP Code

(212) 973-8000                 kpuhala@schnader.com
Contact phone                  Email address

2260842                        NY
Bar number                     State