Kenneth R. Puhala
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
*Attorneys for Andrew Christopher Beckham, as Foreign Representative*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :
In re:                                          :    Chapter 15
                                                :
PT BUMI RESOURCES TBK,                          :    Case No. _____
                                                :
       Debtor in a Foreign Proceeding.          :
                                                :
------------------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007(a)(4) AND 7007.1

Pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, PT Bumi Resources Tbk (the "Foreign Debtor") hereby states that the following entities directly or indirectly own 10% or more of the Foreign Debtor's equity interests:

- Long Haul Holdings Ltd.


SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Kenneth R. Puhala
    Kenneth R. Puhala
    140 Broadway, Suite 3100
    New York, NY 10005-1101
    Phone: (212) 973-8000
    Fax: (212) 972-8798
    kpuhala@schnader.com

    - and -

PHDATA 5864975_2

                          Richard A. Barkasy, Esq. *(pro hac vice* pending*)*
                          Daniel M. Pereira, Esq. *(pro hac vice* pending*)*
                          1600 Market Street, Suite 3600
                          Philadelphia, PA 19103-7286
                          Phone: (215) 751-2000
                          Fax:  (215) 751-2205
                          rbarkasy@schnader.com
                          dpereira@schnader.com

Dated:  January 13, 2017        *Attorneys for Andrew Christopher Beckham,*
                          *as Foreign Representative*

Kenneth R. Puhala
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
*Attorneys for Andrew Christopher Beckham, as Foreign Representative*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 15 |
| PT BUMI RESOURCES TBK, | Case No. _____ |
| Debtor in a Foreign Proceeding. | |

------------------------------------------------------------X

## DECLARATION REGARDING CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007(a)(4) AND 7007.1

I, Andrew Christopher Beckham, as duly appointed Foreign Representative of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: January 13th, 2017          Signature: _____
                                              Andrew Christopher Beckham,
                                              Foreign Representative
                                              PT Bumi Resources Tbk

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.